IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SUE ANN BUTTS                                                                                           PLAINTIFF

v.                                      CASE NO. 4:11CV00592 JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 17th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE